IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMESON YOUNG,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 21-4375 |

## ORDER

**AND NOW**, this 2nd day of May 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 31), Plaintiff's Response in Opposition (Doc. No. 34), Defendant's Reply (Doc. No. 35), Defendant's Supplemental Brief (Doc. No. 45), Plaintiff's Supplemental Memorandum (Doc. No. 46), Defendant's Supplemental Reply Brief (Doc. No. 47), and the discovery, depositions, and exhibits, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Motion for Summary Judgment (Doc. No. 31) is **DENIED** on Count I (Pennsylvania Whistleblower Law).

2. The Motion for Summary Judgment (Doc. No. 31) is **GRANTED** on Count II (race discrimination in violation of 42 U.S.C. § 1983).

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.