IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMESON YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SOUTHEASTERN PENNSYLVANIA<br>TRANSPORTATION AUTHORITY,<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 21-4375 |

## ORDER

**AND NOW**, this 19th day of January 2024, upon notification that the parties in the above-captioned case have settled this matter, it is **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).

2. The Clerk of Court shall close this case for statistical purposes.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky, J.
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.